# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJI BARNETT,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00842-JLT PC<br><br>ORDER DISMISSING COMPLAINT<br><br>(Doc. 1) |

Before the Court is the Notice of Voluntary Dismissal filed by Plaintiff. (Doc. 11) Plaintiff indicates that he wishes to dismiss the case without prejudice due to his inability to amend the complaint at this time.

Therefore, good cause appearing, the matter is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

Dated: **November 23, 2011**     /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE